# IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

FILED

November 14, 1997

Cecil W. Crowson
Appellate Court Clerk

AMERICAN COLOR, a division of )
SULLIVAN GRAPHICS, INC., )
                                     )
    Plaintiff/Appellee, )
                                     )   Robertson Chancery
                                     )   No. 12258
VS. )
                                     )   Appeal No.
                                     )   01A01-9703-CH-00120
INNOVO, INC., )
                                     )
    Defendant/Appellant. )

# CONCURRING OPINION

I concur with the results of the court's opinion in this case.

_____
WILLIAM C. KOCH, JR., JUDGE